# United States Bankruptcy Court
## Middle District of Florida

In re   **RLSV, Inc.**

Debtor(s)

Case No. _____

Chapter   **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **RLSV, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Red Lobster Management LLC**
**450 S. Orange Avenue**
**Suite 800**
**Orlando, FL 32801**

☐ None [*Check if applicable*]

**May 19, 2024**

Date

*/s/ Paul Steven Singerman*

**Paul Steven Singerman 378860**

Signature of Attorney

Counsel for   **RLSV, Inc.**

**Berger Singerman LLP**

**1450 Brickell Avenue**
**Suite 1900**
**Miami, FL 33131**
**Tel.: 305-755-9500 Fax: 305-714-4340**
**singerman@bergersingerman.com**