**ORDERED.**

Dated: August 26, 2025

*Grace E. Robson*
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RLSV, INC.,[1] | Case No. 6:24-bk-02488-GER |
|     Wind-Down Debtor. | |
| _____/ | |

**_EX PARTE_ ORDER GRANTING IN PART**
**THE RED LOBSTER GUC TRUST'S _EX PARTE_ MOTION FOR ENTRY OF**
**AN ORDER EXTENDING THE TIME TO FILE OBJECTIONS TO CLAIMS**

**THIS CASE** came before the Court, without a hearing, upon *The Red Lobster GUC Trust's Ex Parte Motion for Entry of an Order Extending the Time to File Objections to Claims* [ECF No. 287] (the "Motion"). The Court, having considered the Motion, having noted that the Reorganized Debtors and the U.S. Trustee have no opposition to the relief requested therein, and finding good cause for granting the relief, it is

---

[1] The last four digits of RLSV, Inc.'s federal tax identification are 6180, and its mailing address is 450 S. Orange Avenue, Suite 800, Orlando, FL 32801. The Chapter 11 cases of affiliates of RSLV, Inc. (collectively, the "Debtor Affiliates," with RLSV, Inc., the "Debtors") were closed effective as of December 27, 2024. *See* Case No. 6:24-bk-02486-GER at ECF No. 1549.

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Claims Objection Deadline is extended through and including May 19, 2026.

3. Entry of the Order is without prejudice to the GUC Trust seeking a further extension, if necessary.

4. The Court reserves jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

### #

*Attorney Jessey J. Krehl is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this Order.*