**ORDERED.**

**Dated: September 02, 2025**

_Grace E. Robson_
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RLSV, INC.,[1] | Case No. 6:24-bk-02488-GER |
| Wind-Down Debtor. | |
| _____/ | |

### AGREED ORDER ALLOWING LATE FILED CLAIM AS TIMELY FILED

**THIS CASE** came before the Court upon Proof of Claim No. 116-1 (the "Proof of Claim") filed on August 25, 2025 by Sara Mezon (the "Claimant") in the case of Red Lobster Management LLC, Case No. 6:24-bk-02486-GER. The Court, having reviewed the Proof of Claim and, by submission of this order for entry, the submitting party representing that Claimant consents to its entry and the treatment of the Proof of Claim in the manner described herein, it is:

**ORDERED** as follows:

---

[1] The last four digits of RLSV, Inc.'s federal tax identification are 6180, and its mailing address is 450 S. Orange Avenue, Suite 800, Orlando, FL 32801. The Chapter 11 Cases of affiliates of RSLV, Inc. were closed effective as of December 27, 2024. *See* Case No. 6:24-bk-02486-GER at ECF No. 1549.

2

1. The Proof of Claim is deemed timely filed, with any and all objections permitted by bankruptcy or nonbankruptcy law to be asserted and preserved by the GUC Trustee[2] and expressly reserved and any defenses thereto by Claimant, reserved in all respects.

2. Within five (5) business days after the entry of this Order, Claimant shall dismiss with prejudice, the verified complaint filed on June 4, 2025 in the Court of Common Pleas, Philadelphia County, Pennsylvania in the First Judicial District of Pennsylvania, Trial Division, styled as *Sara Mezon v. Red Lobster, Red Lobster Seafood Co. LLC, Red Lobster Management LLC, RL Investor Holdings LLC, Fortress Investment Group LLC a/k/a Fortress Capital Finance III (A) LLC, and John Does 1-3,* Case No. 250600521.

3. The Court reserves jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of this Order.

# # #

*(Attorney Robin J. Rubens is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.)*

---

[2] As that term is defined in the *Second Amended Joint Chapter 11 Plan for Red Lobster Management LLC and Its Debtor Affiliates* as of September 4, 2024 [ECF No. 1124].