**ORDERED.**

**Dated: September 02, 2025**

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RLSV, INC.,[1] | Case No. 6:24-bk-02488-GER |
| Wind-Down Debtor. | |
| _____/ | |

***EX PARTE* ORDER GRANTING THE RED LOBSTER GUC TRUST'S *EX PARTE* MOTION FOR ENTRY OF AN ORDER EXTENDING THE TIME TO FILE OBJECTIONS TO CLAIM OF ELEASIA BLACKMAN**

**THIS CASE** came before the Court, without a hearing, upon *The Red Lobster GUC Trust's Ex Parte Motion for Entry of an Order Extending the Time to File Objections to Claim of Eleasia Blackman* [ECF No. 291] (the "Motion").[2] The Court, having considered the Motion, and finding good cause for granting the relief, it is

**ORDERED** as follows:

---

[1] The last four digits of RLSV, Inc.'s federal tax identification are 6180, and its mailing address is 450 S. Orange Avenue, Suite 800, Orlando, FL 32801. The Chapter 11 cases of affiliates of RSLV, Inc. (collectively, the "Debtor Affiliates," with RLSV, Inc., the "Debtors") were closed effective as of December 27, 2024. *See* Case No. 6:24-bk-02486-GER at ECF No. 1549.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

1. The Motion is **GRANTED**.

2. The Blackman Claim Objection Deadline is extended to the date of the Claims Objection Deadline, through and including May 19, 2025.

3. Entry of the Order is without prejudice to the GUC Trust seeking a further extension, if necessary.

4. All other terms and conditions of the March 19, 2025 order shall remain in full force and effect.

5. The Court reserves jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# # #

*Attorney Jessey J. Krehl is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this Order.*