**ORDERED.**

**Dated: September 02, 2025**

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RLSV, INC.,[1] | Case No. 6:24-bk-02488-GER |
|     Wind-Down Debtor. | |
| _____/ | |

**ORDER[2] REGARDING PLAN PROVISIONS**

THIS CASE came before the Court upon the *Joint Motion of the Reorganized Debtors and the GUC Trustee for Entry of an Order Confirming Interpretation of Plan and GUC Trust Provisions* (Doc. No. 290) (the "Motion") filed on August 29, 2025. The Court, having reviewed the Motion, the Plan,[3] the Confirmation Order,[4] and the GUC Trust Agreement,[5] finds Article

---

[1] The last four digits of RLSV, Inc.'s federal tax identification are 6180, and its mailing address is 450 S. Orange Avenue, Suite 800, Orlando, FL 32801. The Chapter 11 Cases of affiliates of RSLV, Inc. were closed effective as of December 27, 2024. *See Final Decree and Order Closing All Cases, Except for the RLSV, Inc. Case, and Amending the Case Caption to Reflect the Remaining Case* (Case No. 6:24-bk-02486-GER, Doc. No. 1549).

[2] The proposed order submitted to the Court was modified in Chambers.

[3] *Notice of Filing Redline and Clean Versions of Second Amended Joint Chapter 11 Plan for Red Lobster Management LLC and its Debtor Affiliates* (Case No. 6:24-bk-02486-GER, Doc. No. 1124) (the "Plan").

[4] *Findings of Fact, Conclusions of Law, and Order (I) Approving the Adequacy of the Disclosure Statement on A Final Basis, (II) Confirming the Joint Chapter 11 Plan for Red Lobster Management LLC And Its Debtor Affiliates, (III) Setting Deadlines, and (IV) Setting Post-Confirmation Status Conference* (Case No. 6:24-bk-02486-GER, Doc. No. 1140).

[5] *See* Plan at 17; *see also Notice of Filing Plan Supplement* at 351-96 (Case No. 6:24-bk-02486-GER, Doc. No. 941).

IV.C.11(c) of the Plan[6] does not limit the GUC Trust from paying professionals to pursue Equityholder Litigation Claims solely to the GUC Fund[7] and cause exists for granting the relief sought in the Motion. Accordingly, it is

**ORDERED** as follows:

1. The Motion is **GRANTED** as set forth herein.

2. Pursuant to the terms of the Plan, Confirmation Order, and the GUC Trust Agreement, the GUC Trust[8] is authorized to retain King & Spalding, LLP on a contingency basis to pursue the Equityholder Litigation Claims without the need for approval of the Court.

3. Pursuant to Section 3.8 of the GUC Trust Agreement, the payment of fees (including any contingency fee) and expenses incurred by such counsel is not limited to the GUC Fund, but instead may be paid from the GUC Trust Assets, including, without limitation, proceeds of the Equityholder Litigation Claims.

4. This Order is effective immediately upon its entry.

5. The Court retains jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

###

Attorney Sarah L. Primrose is directed to serve a copy of this Order on the parties that received service of the Motion and are non-CM/ECF users and to file a proof of service within three days of entry of the Order.

---

[6] Plan at 50-51.

[7] While Article IV.C.11(c) appears to limit compensation of GUC Trust professionals to the GUC Fund, Section 3.8 of the GUC Trust Agreement allows the GUC Trustee to compensate professionals doing work for the GUC Trust from the "GUC Trust Assets," which includes the GUC Fund, Equityholder Litigation Claims, and resulting GUC Litigation Proceeds, if any. *See* Plan at 50-51; *Notice of Filing Plan Supplement* at 368 (Case No. 6:24-bk-02486-GER, Doc. No. 941). Article IV.C.11(a) of the Plan provides that: "To the extent that the terms of the Plan with respect to the GUC Trust are inconsistent with the terms set forth in the GUC Trust Agreement, then the terms of the GUC Trust Agreement shall govern." Plan at 50. Therefore, the GUC Trust Agreement provision governs the issue.

[8] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.