| | |
|---|---|
| IN RE:<br><br>RED LOBSTER MANAGEMENT LLC,<br>et al<br><br>_____/ | THE UNITED STATES, BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION<br><br>CASE NO.: 6:24-BK-02488-GER<br>LEAD CASE |

## NOTICE OF WTHDRAWING CREDITOR'S MOTION FOR RELIEF FROM BANKRUPTCY INJUNCTION [DOCUMENT 299]

COMES NOW, ANGELA NEWKIRK, by and through undersigned counsel, hereby files this Notice of Withdrawing its Motion for Relief from this Court's Bankruptcy Injunction [DOCUMENT 299], filed in the above-mentioned case; and also requests this Court cancel the hearing [DE 300] scheduled on November 4, 2025, at 09:45 AM in Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801.

I FURTHER CERTIFY that a true and correct copy of the foregoing has been served electronic transmission upon all parties on the attached Service List.

Dated: October 22, 2025,

    Respectfully submitted,

    By: /s/ Carlos A. Bodden
    Carlos A. Bodden
    Florida Bar No.: 093343
    BODDEN & BENNETT LAW GROUP
    *Attorneys for Creditor, ANGELA NEWKIRK*
    1880 North Congress Avenue, #215
    Boynton Beach, FL 33426
    Telephone: (561) 806-5229
    Facsimile: (561) 806-5244
    Designated E-mail: litlaw@bb.law

**CM/ECF SERVICE LIST**

• Zachary J. Bancroft zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com;bkcts@bakerdonelson.com

• Richard J Bernard richard.bernard@faegredrinker.com, cathy.greer@faegredrinker.com

• Carlos Bodden jortiz@bb.law

• Scott E Bomkamp scott.e.bomkamp@usdoj.gov

• Tara Lauree Grundemeier houston_bankruptcy@lgbs.com

• Jeffrey C Hakanson jeff@mcintyrefirm.com , rmaldonado@mcintyrefirm.com

• Anthony Hirschberger ah@hurtlaw1.com

• Jennifer Kreder jkreder@rlrpclaw.com

• Jessey James Krehl jessey@packlaw.com,   jessey@ecf.courtdrive.com

• Julie Anne Parsons jparsons@mvbalaw.com, kalexander@mvbalaw.com

• Sarah L Primrose sprimrose@kslaw.com

• Robin J. Rubens rrubens@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

• Paul Steven Singerman singerman@bergersingerman.com, efile@bergersingerman.com;hmoreno@bergersingerman.com;efile@ecf.inforuptcy.com

• Jason A Starks BKECF@traviscountytx.gov

• United States Trustee - ORL USTP.Region21.OR.ECF@usdoj.gov

• James M Westerlind james.westerlind@afslaw.com, george.angelich@afslaw.com;jin.yan@afslaw.com;james.britton@afslaw.com; alyssa.fiorentino@afslaw.com;lisa.indelicato@afslaw.com

**SERVICE LIST**

| Name | Email Address |
|---|---|
| Brooke Bean<br>King & Spalding LLP<br>1180 Peachtree Street, NE<br>Suite 1600<br>Atlanta, GA 30309<br>Counsel for Debtor, RED LOBSTER RESTAURANTS, LLC | bbean@kslaw.com<br>JDutson@KSLAW.com |