**ORDERED.**

**Dated: January 14, 2026**

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RLSV, INC.,[1] | Case No. 6:24-bk-02488-GER |
|     Wind-Down Debtor. | |
| _____/ | |

**AGREED ORDER ALLOWING LATE FILED CLAIM OF TOMS RIVER BUREAU OF FIRE PREVENTION AS A TIMELY FILED GENERAL UNSECURED CLAIM**

**THIS CASE** came before the Court upon Proof of Claim No. 117-1 asserted by Toms River Bureau of Fire Prevention (the "Claimant") as a priority claim in the amount of $2,800.00 against Red Lobster Management LLC, Case No. 6:24-bk-02486-GER (the "Proof of Claim"),[2] which the Debtors' former claims agent, Epiq Corporate Restructuring, LLC, received on August

---

[1] The last four digits of RLSV, Inc.'s federal tax identification are 6180, and its mailing address is 450 S. Orange Avenue, Suite 800, Orlando, FL 32801. The Chapter 11 Cases of affiliates of RSLV, Inc. were closed effective as of December 27, 2024. *See* Case No. 6:24-bk-02486-GER at ECF No. 1549.

[2] While the Claimant inserted the case number for Red Lobster Restaurants, LLC on the Proof of Claim, the name of that Debtor is not checked off, nor did the Clerk docket the Proof of Claim in that Debtor's claims register and, accordingly, the Proof of Claim is asserted solely against Red Lobster Management LLC.

35602552-1

25, 2025[3] and the Clerk docketed on December 19, 2025. There is a good faith dispute as to whether Claimant received notice of the claims bar date. The Court, having reviewed the Proof of Claim and, by submission of this order for entry, the submitting party representing that Claimant consents to its entry and the treatment of the Proof of Claim in the manner described herein, it is:

**ORDERED** as follows:

1. The Proof of Claim is deemed a timely filed unsecured claim (not a priority claim) with any and all objections permitted by bankruptcy or nonbankruptcy law to be asserted and preserved by the GUC Trustee[4] and expressly reserved and any defenses thereto by Claimant, reserved in all respects.

2. The Court reserves jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of this Order.

# # #

*(Attorney Robin J. Rubens is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.)*

---

[3] The claims bar date for governmental agencies was November 15, 2024.
[4] As that term is defined in the *Second Amended Joint Chapter 11 Plan for Red Lobster Management LLC and Its Debtor Affiliates* as of September 4, 2024 [ECF No. 1124 for Case No. 6:24-bk-02486-GER].