FILED VIA MAIL

JAN 30 2026

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

Dawn Smith
3503 Daggett Road
Memphis, TN 38109
Phone: 901-826-7508
Email: dawnsmith955@gmail.com

Via Certified Mail & Email

**RE: FORMAL SETTLEMENT DEMAND – $400,000**
Date of Incident: August 12, 2023
Location: Red Lobster – Southaven, Mississippi

This letter serves as a formal demand for settlement arising from injuries I sustained as a result of a slip-and-fall incident that occurred on August 12, 2023, at the Red Lobster restaurant located in Southaven, Mississippi. While lawfully on the premises as a customer, I slipped and fell due to food being present on the floor in an exit area, creating a hazardous condition that was not cleaned, blocked, or marked with warning signage.

As a direct and proximate result of this incident, I suffered a significant injury to my left knee. Medical imaging confirmed medial joint space narrowing, reflecting permanent cartilage loss and degenerative change. This condition is irreversible and is associated with chronic pain, functional limitations, and progressive deterioration over time. I continue to experience daily pain that interferes with walking, standing, and normal activities of daily living.

My injury is further complicated by underlying medical conditions, including kidney disease, which limits my ability to safely take anti-inflammatory medications typically used to manage joint pain. As a result, pain management options are restricted, leaving me to endure ongoing discomfort with limited medical relief.

In addition to physical injury, I have suffered significant emotional and psychological harm. Following this incident, I developed Major Depressive Disorder requiring ongoing treatment and medication. The injury has negatively impacted my quality of life, my ability to work, and my capacity to fully participate in family and daily activities.

Witness evidence confirms that food was present on the floor, that employees had prior notice of similar hazards in that area, and that I did nothing to cause or contribute to my fall. A signed and notarized affidavit and additional witness statement are included in the supporting exhibits.

Economic damages include documented medical expenses and transportation costs. However, the true extent of damages in this case lies in the permanent nature of the injury, the lifelong pain and limitations it imposes, the loss of enjoyment of life, and the future medical care that will be required as the condition progresses.

**Considering the severity and permanence of my injuries, the clear liability evidence, and the substantial impact this incident has had on my health, employment, and daily life, I am willing to resolve this matter in full for the total settlement amount of $400,000.**

This demand is made in an effort to resolve this matter without litigation. Please provide a written response within fifteen (15) days of receipt of this letter. If I do not receive a timely response, I will consider pursuing all available legal remedies.

Sincerely,

Dawn Smith

# UPDATED EXHIBIT LIST

Exhibit A – Marilyn Clark Witness Affidavit
Exhibit B – Medical Records & Bills
Exhibit C – Complicating Medical Conditions (Kidney Disease & Osteoarthritis)
Exhibit D – Employment Impact (Resignation & Employer Confirmation)
Exhibit E – Additional Witness Statement (LaTasha)

**AFFIDAVIT OF MARILYN L. CLARK**

STATE OF TENNESSEE )
)
COUNTY OF SHELBY )

1. I, Marilyn L. Clark, swear and affirm that I am a resident of Shelby County, Tennessee. I am an adult, and this affidavit is made upon my oath and upon my personal knowledge.

2. On August 12, 2023, I was a witness to a fall that occurred at the Red Lobster restaurant in Southaven, Mississippi.

3. I was with my co-worker, Dawn Smith, when her fall occurred.

4. I was leaving the Red Lobster restaurant with Dawn and a few other co-workers. As we approached the receptionist area to exit the restaurant, I saw Dawn suddenly drop to the ground!

5. Another male customer helped Dawn by lifting one of her arms to try to assist her, and I helped Dawn by lifting her other arm. However, Dawn continued to fall to the ground, and was not able to get up initially.

6. After Dawn fell, I heard another female Red Lobster employee, who was close-by, state, "I told them that!" I asked her about her statement. The female employee stated that she had previously reported to her employer that their bus boys should not transport trays of food through this area, due to the danger that customers may slip on dropped food from their trays.

7. After Dawn fell, it appeared that a mushy piece of food was stuck to the bottom of her shoes.

8. I also saw that a manager took Dawn to the rear of the restaurant and talked with her about what happened for several minutes. I think this manager filled out a report about Dawn's fall.

9. It appeared that Dawn was injured, and it is my understanding that she had to go to the emergency room for medical attention.

10. It is my opinion that the Red Lobster restaurant is wholly at fault for this injury to Dawn because they created a dangerous condition by not keeping their floors clean.

11. Red Lobster should have adequately protected their patrons and customers as a reasonable person could fall in these conditions, just as Dawn fell.

12. I do not think that Dawn did anything to cause her fall or her injury.

13. The above statements are made to the best of my knowledge and belief.

**FURTHER AFFIANT SAYTH NOT**

MARILYN L. CLARK, Affiant

STATE OF Tennessee
COUNTY OF Shelby

On this 13 day of September, 2023, before me personally appeared Marilyn L. Clark, to me known to be the person who executed the foregoing instrument, and acknowledged that she executed the same as her free act and deed.

Notary Public

My Commission Expires: 5/5/2027



Medical Injury Summary On August 12, 2023, Plaintiff presented to the emergency department following a fall with significant knee pain. Imaging of the left knee confirmed the presence of medial joint space narrowing. This finding reflects permanent cartilage loss and progressive deterioration of the knee joint. Unlike fractures, this condition does not heal and is associated with chronic pain, stiffness, functional limitations, and long-term impairment. The enclosed medical illustration demonstrates the anatomical impact of medial joint space narrowing and explains the ongoing pain and limitations Plaintiff continues to suffer as a direct result of this injury.

# Exhibit [To Be Numbered] — Medical Illustration: Medial Joint Space Narrowing

Illustration for explanatory purposes only. Provided to assist in understanding the nature of Plaintiff's knee injury and the permanent cartilage loss documented in medical records.




*Illustration for explanatory purposes only.*

# Exhibit D – Complicating Medical Conditions Affecting Recovery

This exhibit documents pre-existing medical conditions, including chronic kidney disease and osteoarthritis of the left knee. These conditions significantly limit available pain management options and contribute to prolonged recovery and increased severity of the injury sustained in the August 12, 2023 fall.

10:15
◄ Camera

< Sunday 1:19 AM Edit

| | | |
|---|---|---|
| Problem | Chronic kidney disease due to hypertension (104931000119100) | kidney disease with stage 1 through stage 4 chronic kidney disease, or unspecified chronic kidney disease (I12.9 |
| Problem | Osteoarthritis of knee (239873007) | Unilateral primary osteoarthritis, left knee (M17.12) |
| Problem | Hyperglycemia (80394007) | Hyperglycemia, unspecified (R73.9) |
| Problem | Dietary management surveillance (424928005) | Dietary counseling and surveillance (Z71.3) |
| Problem | Repeated prescription (182918009) | Encounter for issue o repeat prescription (Z76.0) |
| Problem | Pure hypercholesterolemia (267432004) | Pure hypercholesterolemia unspecified (E78.00) |
| Problem | Exercises teaching, guidance, and counseling (410289001) | Exercise counseling (Z71.82) |

# Exhibit E – Psychological Injury and Emotional Distress

This exhibit documents the psychological impact of the injury, including a diagnosis of Major Depressive Disorder, recurrent, moderate (ICD-10 F33.1), requiring ongoing medication and treatment. These records support claims for non-economic damages including emotional distress, mental anguish, and loss of enjoyment of life.

2:33 5G

| | | |
|---|---|---|
| 09/05/2025 | Major depressive disorder, recurrent, moderate (ICD-10 - F33.1) | Patient endorses moderate depressive symptoms including persistent low mood, crying episodes, decreased motivation and appetite impacting daily function. Resume bupropion HCl ER (XL) 150 mg orally once daily in the morning for depression management; monitor efficacy at one-month follow-up or sooner if |

AA mycw188.ecwcloud.com

**Exhibit D – Witness Statement (LaTasha McIntyre)**

Text message statement describing the incident conditions and fall.

8:34



La Tasha

Unread messages

7:41 PM



K

To Whom This May Concern

I am writing to inform you on an incident that happened at the Red Lobster in Southaven, Ms on August 12, 2023. We were celebrating Dawn's birthday on the date mentioned above. As we were preparing to depart the restaurant, Dawn unfortunately slipped and fell due to a considerable amount of spilled Alfredo on the floor. This unattended spill created a hazardous condition that resulted in her falling. If you have any other questions or concerns please feel free to contact me at 901-692-7638
Thanks



LaTasha McIntyre





Aa



# Exhibit G – Diagnostic Imaging Report

Emergency department radiology report confirming medial joint space narrowing of the left knee following a fall on August 12, 2023.

8:55

January 11
1:05 AM

All Photos

History: 48 years Female

knee pain/fall

Reference
None

Findings
2 views of the left knee performed. There is medial joint space narrowing identified. No acute fracture or dislocation is identified.
Bones, joints, and soft tissues are unremarkable. No radiopaque foreign body is seen.

Impression
No acute bony abnormality

**ED Medication Administration from 08/12/2023 1948 to**

None

**Follow-up Provider**

| Follow-up With | Specialties | Details |
| --- | --- | --- |
| Desoto Community Health Center | | Call in 1 day |
| BMH DeSoto | Emergency Medicine | Go to |

Edit

# Exhibit H – Physical Therapy Referral

Medical referral for physical therapy demonstrating ongoing treatment needs related to the knee injury.

8:54 

< January 11
1:15 AM
All Photos 

# Who Are You Seeing



**Results Physiotherapy, Midtown**
Physical Therapist
,
1680 UNION AVE, Suite 106,
MEMPHIS,
TN38104

: 901-969-0297

See Driving Directions

# When Are You Being Seen

**Referral Details**

Start Date
*07/09/2025*

End Date
*07/09/2026*

Authorization ID:
0 Visits



   Edit 

# Exhibit I – Employment Impact Documentation

Resignation correspondence showing inability to continue employment due to knee injury and related physical limitations.

8:01

Official resignation

me Oct 10, 2023
to Jennifer

Good morning Jennifer,

This is my official resignation letter. Upon seeing my doctor for a knee injury, she is recommending physical therapy. My resignation is due to not being able to perform the task of strenuous and repetitive walking. Thank you for being so patient and kind and thanks again for the opportunity to work with you.

Reply Forward

8:53

January 14
8:30 PM
All Photos

Automatic reply: [EXTERNAL] Official resignation Inbox

Jennifer Wh... Oct 10, 2023
to me

I am out of the office, returning Tuesday 10/10.

Timecards will be reviewed and update by Noon Monday 10/09. any issues email with all necessary details for correction.

All other requests/emails will be responded to upon my return.






Retail







U.S. POSTAGE PAID
FCM LG ENV
MEMPHIS, TN 38109
JAN 23, 2026

$12.70

RDC 99

S2324N506142-50

U.S. Bankruptcy Court - Middle District
of Florida (Tampa Division)
Clerk of Court
Sam Gibbons United States Courthouse
801 North Florida Avenue
Tampa, FL. 33602