**ORDERED.**

**Dated: September 03, 2026**

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

IN RE: Chapter 11

RLSV, INC.,[1] Case No. 6:24-bk-02488-GER

Wind-Down Debtor.

## ORDER GRANTING JOINT AGREED *EX PARTE* MOTION TO CONTINUE HEARING SCHEDULED FOR SEPTEMBER 10, 2026

**THIS CASE** came before the Court, without a hearing, upon *Joint Agreed* Ex Parte *Motion to Continue the Hearing Scheduled for September 10, 2026* [Dkt. No. 365] (the "**Motion**").[2] The Court, having considered the Motion, and finding good cause for granting the relief, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**.

[1] The last four digits of RLSV, Inc.'s federal tax identification are 6180, and its mailing address is 450 S. Orange Avenue, Suite 800, Orlando, FL 32801. The Chapter 11 cases of affiliates of RSLV, Inc. (collectively, the "**Debtor Affiliates**," with RLSV, Inc., the "**Debtors**") were closed effective as of December 27, 2024. *See* Case No. 6:24-bk-02486-GER at Dkt. No. 1549.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2. The Court shall conduct a non-evidentiary Hearing on the Millender Motion on November 12, 2026 at 11:00 a.m. [ET] in Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 (the "**Rescheduled Hearing**").

3. If a party wishes to file a written response or objection to the Millender Motion, such written responses or objections shall be due seven days prior to the Rescheduled Hearing.

4. All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Robson's Hearing Procedures available at https://www.flmb.uscourts.gov/judges/robson/. Unrepresented parties who do not have a device that enables them to access the procedures should call the Courtroom Deputy at 407−237−8141 no later than 3:00 p.m. one business day before the date of the hearing.

5. A party that opposes the relief sought in the matter to be heard must appear at the hearing; otherwise, any objection or defense may be deemed waived.

6. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

7. **Avoid Delays**. You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073−1.

# # #

*(Attorney Jessey J. Krehl is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of the order.)*