**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In Re: Chapter 11

RLSV, INC.,[1] Case No. 6:24-bk-02488-GER

Wind-Down Debtor.

---

**THE RED LOBSTER GUC TRUST'S *EX PARTE* MOTION FOR ENTRY OF AN ORDER EXTENDING THE TIME TO FILE OBJECTIONS TO CLAIMS**

The Red Lobster GUC Trust (the "**Trust**") hereby files this motion (the "**Motion**"), on an *ex parte* basis, seeking the entry of an order further extending the deadline by which the Trust must file and serve objections to claims by three hundred and sixty-five (365) days, through and including November 16, 2027. In support thereof, the Trust respectfully submits as follows:

## Jurisdiction

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334 and Article XI of the Plan. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

2. On May 19, 2024 (the "**Petition Date**"), each of the Debtors commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code.

---

[1] The last four digits of RLSV, Inc.'s federal tax identification are 6180, and its mailing address is 450 S. Orange Avenue, Suite 800, Orlando, FL 32801. The Chapter 11 cases of affiliates of RLSV, Inc. (collectively, the "**Debtor Affiliates**," with RLSV, Inc., the "**Debtors**") were closed effective as of December 27, 2024. *See* Case No. 6:24-bk-02486-GER at Dkt. No. 1549.

3. On September 6, 2024, the Court entered its *Findings of Fact, Conclusions of Law, and Order (I) Approving the Adequacy of the Disclosure Statement on a Final Basis, (II) Confirming the Joint Chapter 11 Plan for Red Lobster Management LLC and Its Debtor Affiliates, (III) Setting Deadlines, and (IV) Setting Post-Confirmation Status Conference* (the "Confirmation Order")[2] confirming the *Second Amended Joint Chapter 11 Plan for Red Lobster Management LLC and Its Debtor Affiliates* (the "**Plan**").[3]

4. The Plan became effective by its terms on September 16, 2024 (the "**Effective Date**").[4] Upon the Effective Date, the Trust was created pursuant to the Plan and has all of the rights and responsibilities set forth in the Confirmation Order, the Plan, and GUC Trust Agreement, including reviewing and reconciling general unsecured claims.

5. As set forth in the Plan, any objections to Claims[5] "shall be Filed on or before the later of (i) 180 days after the entry of the Confirmation Order and (2) such other period of limitation as may be fixed by the Bankruptcy Court" (the "**Claims Objection Deadline**"). *See* Plan at Art. VII.E.

6. In addition, the Plan provides that motions to extend the Claims Objection Deadline may be filed on an *ex parte* or expedited basis. *Id*.

7. The initial deadline to object to claims in the Debtors' Chapter 11 cases was March 5, 2025. On January 21, 2025, the Plan Administrator filed a *Joint Agreed Ex Parte Motion by Plan Administrator and GUC Trustee for an Extension of Time to Object to*

---

[2] [Dkt. No. 1140, Case No. 6:24-bk-02486-GER]
[3] [Dkt. No. 1124, Case No. 6:24-bk-02486- GER]
[4] [Dkt. No. 1177, Case No. 6:24-bk-02486-GER]
[5] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

*Claims* [Dkt. No. 38] (the "**Initial Motion to Extend**") to further extend the Claims Objection Deadline to September 5, 2025. The Initial Motion to Extend was approved on January 21, 2025.[6]

8. On August 21, 2025, the Trust filed *The Red Lobster GUC Trust's Ex Parte Motion for Entry of an Order Extending the Time to File Objections to Claims* [Dkt. No. 287] (the "**Second Motion to Extend**") to further extend the Claims Objection Deadline to May 19, 2026. The Second Motion to Extend was approved on August 27, 2025.[7]

9. On April 17, 2026, the Trust filed *The Red Lobster GUC Trust's Ex Parte Motion for Entry of an Order Extending the Time to File Objections to Claims* [Dkt. No. 338] (the "**Third Motion to Extend**") to further extend the Claims Objection Deadline to November 16, 2026. The Third Motion to Extend was approved on April 24, 2026.[8] Accordingly, the current Claims Objection Deadline is November 16, 2026.

**Relief Requested**

10. On May 15, 2026, the Trust filed its Complaint against Thai Union among other defendants (the "**Complaint**") alleging breach of fiduciary duty, aiding and abetting breach of fiduciary duty, civil conspiracy, breach of the implied covenant of good faith and fair dealing, and avoidance and recovery of constructive fraudulent transfers. *See The Red Lobster GUC Trust v. Thai Union Group Public Company Limited, et al.*, Case No. 6:26-cv-01422-PGB-RMN (M.D. Fla.). The Complaint is currently pending in the District Court for

---

[6] *See Agreed Ex Parte Order Granting Joint Agreed Ex Parte Motion by Plan Administrator and GUC Trustee for an Extension of Time to Object to Claims* [Dkt. No. 39].

[7] *See Ex Parte Order Granting in Part the Red Lobster GUC Trust's Ex Parte Motion for Entry of an Order Extending the Time to File Objections to Claims* [Dkt. No. 288].

[8] *See Ex Parte Order Granting the Red Lobster GUC Trust's Ex Parte Motion for Entry of an Order Extending the Time to File Objections to Claims* [Dkt. No. 343].

the Middle District of Florida. Mediation is set to commence on October 29, 2026 before Jed D. Melnick, Esq. of JAMS. Pending resolution of the Complaint and/or the mediation, the Trust requests an additional extension of the time to object to claims, which claims reconciliation has not yet commenced.

11. The Trust requires a further extension of time to allow this disputed matter to be resolved consensually or litigated, which may result in additional proceeds into the Trust. Unless or until the Trust receives proceeds causes of action against Thai Union and its co-defendants, the Trust lacks the funds and therefore the ability to engage in the claims reconciliation process. Accordingly, the Trust respectfully requests that the Claims Objection Deadline be extended by three hundred and sixty-five (365) days to November 16, 2027, without prejudice to the ability of the Trust to request further extensions.

**Basis for Relief**

12. Pursuant to Fed. R. Bankr. P. 9006(b)(1), the Court, for cause shown, may order the enlargement of the Claims Objection Deadline if the request is made before the expiration of the period originally prescribed.

13. Extending the deadline will provide the Trust additional time to either resolve the litigation or engage in mediation. The extended time is necessary to allow for potential additional recoveries to be received into the Trust that will allow it to complete the review and reconciliation of claims and, where possible and cost efficient, to resolve such claims without recourse to formal objection, with a goal towards effectuating a disbursement on account of allowed general unsecured claims. The Trust believes that the current

circumstances provide a basis for further extension of the Claims Objection Deadline and that such extension is in the best interests of general unsecured claim holders.

14. The extension is not sought for improper dilatory purposes and will not unduly prejudice any claimants who have filed claims.

15. This Motion is filed well in advance of the Claims Objection Deadline and, given the above-stated circumstances, the Trust has demonstrated a good faith basis to seek an extension of the Claims Objection Deadline by three hundred and sixty-five (365) days, through and including November 16, 2027. Specifically, the extension of the Claims Objection Deadline will allow the Trust to proceed in the most cost-effective manner with claims administration and there will be no prejudice to any party as a result of the granting of that relief.

16. Undersigned counsel for the Trust has contacted the Office of the U.S. Trustee, as well as counsel for the Reorganized Debtors, regarding the relief requested in this Motion, and both have advised that they do not oppose the relief.

**WHEREFORE**, the Trust respectfully requests that the Court enter an agreed order in substantially the form attached hereto as **Exhibit A,** granting this Motion and, thereby, extending the Claims Objection Deadline for a period of three hundred and sixty-five (365) days, through and including November 16, 2027, and granting such other and further relief as the Court deems just and proper.

Dated: September 25, 2026

Respectfully submitted,

*/s/ Jessey J. Krehl*
Joseph A. Pack, Esq. (Florida Bar No. 117882)
Jessey J. Krehl, Esq. (Florida Bar No. 1025848)
**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500
Email: joe@packlaw.com
jessey@packlaw.com

- and -

**PACHULSKI STANG ZIEHL & JONES LLP**
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
rfeinstein@pszjlaw.com

*Co-Counsel to Red Lobster GUC Trust*

*Filer's Attestation: Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Jessey J. Krehl attests that concurrence in the filing of this paper has been obtained.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing was filed with the Clerk of this Court and has been furnished electronically to those parties registered to receive service via this Court's Case Management / Electronic Case Files system in the above-captioned bankruptcy proceeding on September 25, 2026

By: */s/ DRAFT*
Jessey J. Krehl
Email: jessey@packlaw.com
Florida Bar No. 1025848

# **<u>Exhibit A</u>**

## **Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

IN RE: Chapter 11

RLSV, INC.,[1] Case No. 6:24-bk-02488-GER

Wind-Down Debtor.

---

## *EX PARTE* ORDER GRANTING THE RED LOBSTER GUC TRUST'S *EX PARTE* MOTION FOR ENTRY OF AN ORDER EXTENDING THE TIME TO FILE OBJECTIONS TO CLAIMS

**THIS CASE** came before the Court, without a hearing, upon *The Red Lobster GUC Trust's Ex Parte Motion for Entry of an Order Extending the Time to File Objections to Claims* [Dkt. No. ____] (the "**Motion**"). The Court, having considered the Motion, having noted that the Reorganized Debtors and the U.S. Trustee have no opposition to the relief requested therein, and finding good cause for granting the relief, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**.

---

[1] The last four digits of RLSV, Inc.'s federal tax identification are 6180, and its mailing address is 450 S. Orange Avenue, Suite 800, Orlando, FL 32801. The Chapter 11 cases of affiliates of RLSV, Inc. (collectively, the "**Debtor Affiliates**," with RLSV, Inc., the "**Debtors**") were closed effective as of December 27, 2024. *See* Case No. 6:24-bk-02486-GER at Dkt. No. 1549.

2. The Claims Objection Deadline is extended through and including November 16, 2027.

3. Entry of the Order is without prejudice to the GUC Trust seeking a further extension, if necessary.

4. The Court reserves jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# # #

*(Attorney Jessey J. Krehl is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of the order.)*